**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Noe SIFUENTES–FLORES, also
known as Carlos Solares–Her-
nandez, Defendant–Appellant.**

No. 05–40153
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 21, 2007.

James Lee Turner, Assistant U.S. Attor-
ney, Jeffery Alan Babcock, David Hill
Peck, U.S. Attorney's Office, Southern
District of Texas, Houston, TX, for Plain-
tiff–Appellee.

Marjorie A. Meyers, Federal Public De-
fender, Raquel Kathy Wilson, Assistant
Federal Public Defender, Federal Public
Defender's Office, Southern District of
Texas, Houston, TX, for Defendant–Appel-
lant.

Before BARKSDALE, STEWART, and
CLEMENT, Circuit Judges.

*ON REMAND FROM THE SUPREME
COURT OF THE UNITED
STATES*

PER CURIAM: *

This court affirmed the sentence of Noe
Sifuentes–Flores (Sifuentes). *United
States v. Sifuentes–Flores*, 145 Fed.Appx.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

497, 498 (5th Cir.2005). The Supreme
Court vacated and remanded for further
consideration in light of *Lopez v. Gonzales*,
—— U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d
462 (2006).

Sifuentes has been deported. He there-
fore would not legally be able to attend
any resentencing, as is required by FED.
R.CRIM. P. 43, should this court remand his
case. We are unable to grant Sifuentes
relief. His appeal is moot and is dis-
missed. *See United States v. Rosenbaum–
Alanis*, 483 F.3d 381, 382–83 (5th Cir.
2007), *petition for cert. filed* (June 25,
2007) (No. 06–12082).

APPEAL DISMISSED.

---

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.